FILED - GR
September 17, 2009 5:28 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EC /

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,      No. **1:09-cr-266**

v.            Hon. **Janet T. Neff**
              **U.S. District Judge**

CAROLYN WILLIAMS,

            **INDICTMENT**

   Defendant.

_____/

   The Grand Jury charges:

   Beginning on or about May 1, 2006 and continuing to on or about September 19, 2007, in Ingham County, in the Western District of Michigan, Southern Division,

CAROLYN WILLIAMS,

while treasurer of Local 352 of the Electrical Workers IBEW AFL-CIO, a labor organization engaged in an industry affecting interstate or foreign commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use funds of said labor organization in the approximate amount of $9,554.14.

29 U.S.C. § 501(c)

                A TRUE BILL

              _____
              GRAND JURY FOREPERSON

DONALD A. DAVIS
United States Attorney

_____
JULIE ANN WOODS
Assistant United States Attorney